UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA BRANT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:18CV1030   HEA |
| MONSANTO COMPANY, | ) |
| Defendant, | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 is vacated.   The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 8th day of October, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

– 1 –